No. 02–9220.   MILLER *v.* MCCAUGHTRY, WARDEN.   C. A. 7th Cir.   Certiorari before judgment denied.

No. 02–9241.   SHERKAT *v.* DISTRICT COURT OF KANSAS, JOHNSON COUNTY.   C. A. 10th Cir.   Certiorari before judgment denied.

No. 00–9933.   GIBBS *v.* FOSTER, GOVERNOR OF LOUISIANA, ET AL., 534 U. S. 838;

No. 00–9934.   GIBBS *v.* CALIFORNIA, 534 U. S. 838;

No. 02–589.   PIERSON *v.* CHARLES E. SMITH CO., 537 U. S. 1106;

No. 02–814.   AGUSTIN *v.* ENGLAND, SECRETARY OF THE NAVY, 537 U. S. 1113;

No. 02–7422.   GANZIE *v.* VIRGINIA, 537 U. S. 1162;

No. 02–8170.   WHITE *v.* CARTER, WARDEN, ET AL., 537 U. S. 1210; and

No. 02–8370.   CEMINCHUK *v.* OLSON, SOLICITOR GENERAL, ET AL., 537 U. S. 1218.   Petitions for rehearing denied.

No. 02–5366.   MANTECON-ZAYAS *v.* UNITED STATES, 537 U. S. 1031.   Motion of petitioner for leave to file petition for rehearing denied.

APRIL 8, 2003

No. 02–9914 (02A855).   IN RE HAWKINS.   Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

APRIL 9, 2003

No. 02–828.   CHEMQUE, INC. *v.* MINNESOTA MINING & MANUFACTURING CO.   C. A. Fed. Cir.   Certiorari dismissed under this Court's Rule 46.1.

No. 02–9869 (02A834).   BRAMBLETT *v.* TRUE, WARDEN.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS, JUSTICE